No. 760, Misc. SCHUMACHER *v.* GAYNOR, EXECUTOR, ET AL. Supreme Court of Iowa. Certiorari denied.

No. 776, Misc. BLACKMON *v.* WAGENER ET AL. C. A. 6th Cir. Certiorari denied.

No. 781, Misc. LOZOYA *v.* RAMIREZ ET AL. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for respondents.

No. 782, Misc. ROMANO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 783, Misc. TUCKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 784, Misc. THOMPSON *v.* CAVELL, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 724, Misc. WORBETZ *v.* GOODMAN, WARDEN. Supreme Court of New Jersey. Certiorari denied.

No. 786, Misc. BOWEN *v.* NEW YORK. Supreme Court of New York, Bronx County. Certiorari denied.

No. 792, Misc. HULBERT *v.* MARTIN, WARDEN. Supreme Court of New York, Wyoming County. Certiorari denied.

No. 799, Misc. PEABODY *v.* GULOTTA, DISTRICT ATTORNEY OF NASSAU COUNTY, NEW YORK. Court of Appeals of New York. Certiorari denied.